**Opinion issued February 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00017-CV**

———————————

**IN RE ALMA BANKS-BROWN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Alma Banks-Brown, proceeding pro se, filed a Petition for Writ of Mandamus requesting this Court to "issue a writ of mandamus compelling the [c]ourt [r]eporters to immediately prepare and file the [r]eporter's [r]ecord without prepayment of costs" and "abate all appellate deadlines until the record is filed" in case pending in this Court, *Alma Banks-Brown v. Sherry Faulkner Martin*, 01-25-

00159-CV.[1] Relator also filed a motion for temporary relief seeking to "temporarily abate the appeal until the record is filed."

We deny the Petition for Writ of Mandamus. TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief and any other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *In the Estate of Audrey Banks*, Cause No. 470699, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux presiding.